PEOPLE v. ENGEL. (Supreme Court, Appellate Division, First Department. January 22. 1904.) Proceeding by the people against Philip Engel. No opinion. Motion granted.

PEOPLE, Respondent, v. KESTLINGER, Appellant. (Supreme Court, Appellate Division, First Department. January 22, 1904.) Proceeding by the people against Abraham Kestlinger. S. Hoffman, for appellant. R. C. Taylor, for the People. No opinion. Judgment affirmed.

PEOPLE v. MARTIN et al. (two cases). (Supreme Court, Appellate Division, First Department. January 22, 1904.) Proceeding by the people against Robert L. Martin and Harry Velthusen. No opinion. Motion granted.

PEOPLE, Respondent, v. SCHNITTEL, Appellant. (Supreme Court, Appellate Division, First Department. February 19, 1904.) Proceeding by the people against Michael Schnittel. C. G. F. Wahle, for appellant. R. C. Taylor, for the People. No opinion. Judgment affirmed.

PEOPLE, Respondent, v. ZIMMERMAN, Appellant. (Supreme Court, Appellate Division, Fourth Department. January 29, 1904.) Proceeding by the people against Andrew Zimmerman. No opinion. Judgment affirmed, with costs.

PEOPLE ex rel. BACH v. NEW YORK CATHOLIC PROTECTORY. (Supreme Court, Appellate Division, Second Department. March 4, 1904.) Proceeding by the people, on the relation of Franz Bach, against the New York Catholic Protectory. No opinion. Order reversed on the argument, and proceedings remitted to the Special Term for further disposition.

PEOPLE ex rel. BRADY v. HAWKES, Com'r. (Supreme Court, Appellate Division, First Department. February 19, 1904.) Proceeding by the people, on the relation of Thomas Brady, against McDougal Hawkes, as commissioner. F. B. House, for relator. T. Farley, for respondent.
PER CURIAM. Writ dismissed, and proceedings affirmed, with costs.
LAUGHLIN, J., dissents.

PEOPLE ex rel. CAMPBELL v. PARTRIDGE. Police Com'r. (Supreme Court, Appellate Division, Second Department. March 11, 1904.) Proceeding by the people, on the relation of James Campbell, against John N. Partridge, as police commissioner of the city of New York. No opinion. Motion granted.

PEOPLE ex rel. DEWEY, Appellant, v. WRIGHT et al., Assessors, Respondents. (Supreme Court, Appellate Division, Fourth Department. March 8, 1904.) Proceeding by the people, on the relation of William Fowler Dewey, against Leander S. Wright and others, assessors.
PER CURIAM. Order reversed, and assessment ordered stricken from the roll, with $10 costs and disbursements of this appeal. Held, that the relator was not a resident of the town of Perrysburg, and was not liable to assessment in said town.

PEOPLE ex rel. DWYER v. GREENE, Com'r. (Supreme Court, Appellate Division, First Department. February 19, 1904.) Proceeding by the people, on the relation of John Dwyer, against Francis V. Greene, as commissioner. J. W. Ridgway, for relator. T. Farley, for respondent. No opinion. Writ dismissed, and proceeding affirmed, with costs.

PEOPLE ex rel. GANNON v. GREENE. (Supreme Court, Appellate Division, First Department. February 5, 1904.) Proceeding by the people, on the relation of James Gannon, against Francis V. Greene. W. M. K. Olcott, for relator. T. Connoly, for respondent. No opinion. Writ dismissed, and proceeding affirmed, with costs.

PEOPLE ex rel. INDEPENDENT TELEPHONE CO. v. MONROE, Com'r. (Supreme Court, Appellate Division, First Department. February 19, 1904.) Mandamus by the people, on the relation of the Independent Telephone Company, against Robert G. Monroe, as commissioner. From an order denying a motion for a peremptory writ, relator appeals. Affirmed. G. Hill, for appellant. T. Connoly, for respondent.
PER CURIAM. Affirmed, with $10 costs and disbursements.
LAUGHLIN, J. I dissent. The transportation corporation law (Laws 1890, p. 1136, c. 566), under which relator was incorporated, gives it a franchise; and it is, without obtaining any further franchise from the municipal assembly, in a position to apply to the respondent for a permit, pursuant to the provisions of section 528 of the Greater New York Charter (Laws 1901, p. 237, c. 466), which must be entertained and granted upon such reasonable terms, conditions, and restrictions as may be imposed by the respondent pursuant to any provisions of law applicable thereto.

PEOPLE ex rel. MAHON, Appellant, v. GREENE et al., Respondents. (Supreme Court, Appellate Division, First Department. March 11, 1904.) Proceeding by the people, on the relation of William J. Mahon, against Francis V. Greene and others. W. M. K. Olcott, for appellant. T. Farley, for respondents. No opinion. Order affirmed, with $10 costs and disbursements.

PEOPLE ex rel. NEW YORK CENT. & H. R. R. CO. v. BOARD OF RAILROAD COM'RS et al. (Supreme Court, Appellate Division, Third Department. March 2, 1904.) Proceeding by the people, on the relation of the New York Central & Hudson River Railroad Company, against the board of railroad com-